

# NUMBER 13-21-00420-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN RE EMPLOYEE FUNDING OF AMERICA, LLC

### On Petition for Writ of Mandamus.

# ORDER

### Before Justices Hinojosa, Tijerina, and Silva
### Order Per Curiam

On December 1, 2021, relator Employee Funding of America, LLC, filed a petition for writ of mandamus and an emergency motion for temporary relief. By petition for writ of mandamus, relator seeks to compel the trial court to lift its order sealing the file in the underlying case and to vacate its order appointing a special master. Alternatively, relator seeks to compel the trial court to rule on relator's "Motion to Modify Standing Order to Allow Access to Case File by Intervenor . . . and its Emergency Motion to Stay Disbursement of Funds." By emergency motion, relator seeks to stay the underlying

proceedings.

The Court, having examined and fully considered the emergency motion for temporary relief, is of the opinion that it should be granted. Accordingly, we grant the emergency motion for temporary relief, and we order the underlying trial court proceedings to be stayed pending further order of this Court. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Martin Phipps, Clayton Clark, and Peter Flowers, or any others whose interest would be directly affected by the relief sought, including Gregory L. Gowan as Special Master, or Scott H. Freeman as Fund Administrator for ARCHER Systems, LLC, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
3rd day of December, 2021.

2